IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1)  THE WILLIAMS COMPANIES, INC., a Delaware corporation; and <br> (2)  TRANSCONTINENTAL GAS PIPE LINE COMPANY, LLC, a Delaware limited liability Company, <br><br>             Plaintiffs, <br><br>        vs. <br><br> (3) IRONSHORE INSURANCE LTD., a foreign corporation, <br><br>             Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) CASE NO: 13-cv-489-CVE-TLW <br> ) <br> ) <br> ) <br> ) <br> ) |

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

COME NOW the Plaintiffs, The Williams Companies, Inc. and Transcontinental Gas Pipe Line Company, LLC and, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), dismiss their Complaint against Ironshore Insurance LTD without prejudice to the re-filing of the same.

Respectfully Submitted,

**CONNER & WINTERS, LLP**

s/ JAMES E. GREEN, JR.
_____

James E. Green, Jr. OBA # 3582
M. Freeman-Burney, OBA #12337
4000 One Williams Center
Tulsa, OK  74172-0148
918 / 586-8516; 918 / 586-8616 Fax
*Attorneys for Plaintiffs,*
*The Williams Companies, Inc. and*
*Transcontinental Gas Pipe Line Company, LLC*